UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL GOTTLIEB,

              Plaintiff,        23-cv-6047 (JGK)

    - against -                ORDER

LUKE SCHOENFELDER, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status update to the Court by **June 6, 2025.**

SO ORDERED.

Dated:    New York, New York
            May 30, 2025

                                                    John G. Koeltl
                                       United States District Judge