UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL GOTTLIEB,

Plaintiff,

- against -

LUKE SCHOENFELDER, ET AL.,

Defendants.

23-cv-6047 (JGK)

Order

John G. Koeltl, District Judge:

The parties are requested to file a status report with respect to the status of this action by **November 17, 2026.**

SO ORDERED.

Dated: New York, New York
November 11, 2026

John G. Koeltl
United States District Judge