**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL GOTTLIEB, derivatively on behalf of LATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LUKE SCHOENFELDER, GARTH MITCHELL, BARRY SCHAEFFER, RAJU RISHI, J. ALLEN SMITH, PETER CAMPBELL, PATRICIA HAN, ROBERT J. SPEYER, and ANDREW SUGRUE,<br><br>Defendants,<br><br>and<br><br>LATCH INC.,<br><br>Nominal Defendant. | Case No. 1:23-cv-06047-JGK |

The Clerk is directed to close this case because it was dismissed as part of In re Latch, 23 cv 01273.
So ordered.
John G. Koeltl
U.S.D.J.
11/18/26

**JOINT STATUS REPORT**

Plaintiff Daniel Gottlieb ("Plaintiff"), Defendants Luke Schoenfelder, Garth Mitchell, Barry Schaeffer, Raju Rishi, J. Allen Smith, Peter Campbell, Patricia Han, Robert Speyer, and Andrew Sugrue ("Individual Defendants"), and Nominal Defendant Latch Inc. ("Latch," and together with the Individual Defendants, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit this joint status report pursuant to the Court's November 11, 2026 order (ECF No. 9).

On August 1, 2023, the Court entered an order (the "Consolidation Order") consolidating the above-captioned action, *Gottlieb v. Schoenfelder et al*, Case No. 1:23-cv-06047-JGK (the "*Gottlieb* Action"), with the related shareholder derivative action, *Manley v. Schoenfelder et al*, Case No. 1:23-cv-01273-JGK (the "*Manley* Action"), "for all purposes, including pre-trial

proceedings and trial," under the caption *In re Latch Inc. Derivative Litigation*, Case No. 1:23-cv-01273-JGK (the "Consolidated Action") (ECF No. 7). Pursuant to paragraph 5 of the Consolidation Order, "[a]ll papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 1:23-cv-01273-JGK and all papers and documents previously filed and/or served in the [*Gottlieb* and *Manley* Actions] shall be deemed a part of the record in the Consolidated Action [.]" *Id.*

On October 6, 2026, the Court granted final approval of the parties' proposed settlement in the Consolidated Action and dismissed the Consolidated Action with prejudice (the "Final Order and Judgment") (Consolidated Action, ECF No. 64). *See* Exhibit A.

Since the above-captioned *Gottlieb* Action forms part of the Consolidated Action, the Parties' understanding is that the *Gottlieb* Action has been dismissed with prejudice pursuant to the Final Order and Judgment. In light of the foregoing, the Parties respectfully request that the Court direct the clerk to close the case.

Dated: November 17, 2026

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Saadia Hashmi*
Timothy Brown
Saadia Hashmi
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Tel.: (516) 922-5427
Email: tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net

*Counsel for Plaintiff Daniel Gottlieb and Co-Lead Counsel for Plaintiffs in the Consolidated Action*

*/s/ Kristin N. Murphy*

**LATHAM & WATKINS LLP**
Kristin N. Murphy
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: (714) 540-1235
Email: kristin.murphy@lw.com

*Counsel for Defendants*